# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS LEON LINTHECOME,<br><br>    Plaintiff,<br><br>    v.<br><br>MAURICE JUNIOUS, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:11-cv-00923-AWI–BAM PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF<br><br>(ECF Numbers 7, 8, 9, 10, & 18) |

   Plaintiff Marcus Leon Linthecome is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On January 9, 2012, the Magistrate Judge filed a Findings and Recommendations that recommended Plaintiffs' motions for injunctive relief be denied.  The Findings and Recommendations were served on Plaintiff and contained notice that any objection to the Findings and Recommendations was to be filed within thirty days.  Plaintiff did not file a timely objection to the Findings and Recommendations.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 9, 2012, is adopted in full; and
2. Plaintiff's Motion to Request Defendant be Ordered to Provide Legal Mail Log Motion for Court Order for Defendants and Staff to Get Into Compliance, and Motion for Access to Legal Supplies, filed June 23, 2011, are DENIED; and
3. Plaintiff's Motion for Injunctive Relief, filed July 1, 2011, is DENIED.

IT IS SO ORDERED.

Dated:  March 29, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE