| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | EASTERN DISTRICT OF CALIFORNIA |
| MARCUS LEON LINTHECOME,<br><br>                    Plaintiff,<br><br>     v.<br><br>MAURICE JUNIOUS, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:11-cv-00923-AWI–BAM PC<br><br>ORDER ADDRESSING PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 20) |

Plaintiff Marcus Leon Linthecome is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 9, 2012, findings and recommendations issued recommending denying Plaintiff's motions for injunctive relief and granting Plaintiff thirty days in which to file objections. (ECF No. 18.) On March 29, 2012, the undersigned issued an order adopting the findings and recommendations. (ECF No. 19.) Plaintiff filed a response to the findings and recommendations on April 16, 2012, stating that he did not receive the page of the findings and recommendations requiring him to file his objections within thirty days. (ECF No. 20.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. After a carefully review of the entire file, the Court adopted the findings and recommendations, finding them to be supported by the record and by proper analysis. The Court has considered Plaintiff's response and finds the order adopting remains valid and intact. In addition, the response notes Plaintiff has now been released from custody, making any motion for injunction against prison officials moot.

1     The April 16, 2012 response is DENIED.

2 IT IS SO ORDERED.

3

4 Dated:   April 25, 2012                                              
                                                  CHIEF UNITED STATES DISTRICT JUDGE